# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

**ADV:** 12-90098

**C&W DIVING SERVICES, INC. VS TRUMAN W. THOMPSON**

| | |
|---|---|
| **Debtor:** | TRUMAN W. THOMPSON |
| **Case Number:** | 11-20451-LT7     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, APRIL 04, 2013 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | KAREN CARTER |

### *Matter:*

MOTION FOR SANCTIONS AGAINST DEFENDANT, INCLUDING BUT NOT LIMITED TO STRIKING DEFENDANT'S ANSWER, PRECLUDING DEFENDANT FROM PARTICIPATING AT TRIAL, AND FOR ENTRY OF DEFENDANT'S DEFAULT FILED ON BEHALF OF C&W DIVING SERVICES, INC.

### *Appearances:*

MICHAEL H. WEXLER, ATTORNEY FOR C&W DIVING SERVICES, INC.
AHREN TILLER, ATTORNEY FOR TRUMAN W. THOMPSON
TRUMAN W. THOMPSON PRESENT

### *Disposition:*

Granted (terminating sanctions granted) as stated on the record.  Order to be submitted by: Wexler