Ahren A. Tiller, Esq. (SBN: 250608)
Bankruptcy Law Center, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Phone: (800) 492-4033
Fax:    (866) 444-7026

Attorneys for Appellant / Defendant
TRUMAN W. THOMPSON

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>TRUMAN W. THOMPSON<br><br>         Debtor.<br><br>TRUMAN W. THOMPSON<br>Appellant.<br><br>v.<br>C&W DIVING SERVICES, INC.<br><br>Appellee, | BANKRUPTCY CASE NO. 11-20451-LT7<br><br>ADVERSARY PROCEEDING NO. 12-90098-LT<br><br>Chapter 7<br><br>**ELECTION FOR APPEAL TO HEARD BY DISTRICT COURT** |

   Appellant, TRUMAN W. THOMPSON, elects to transfer this appeal to the district court pursuant to 28 U.S.C. 158(c)(1), Rule 8001 of the Federal Rules of Bankruptcy Procedure, and Rule 9001(e)-1 of the Rules of Unites States Bankruptcy Appellant Panel of the Ninth Circuit.

Dated: 4/24/2013                                       /s/ Ahren A. Tiller___
                                                       Ahren A. Tiller, Esq.
                                                       Attorney for Appellant / Defendant